IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: C. R. BARD, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                              MDL NO. 2187

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

**ORDER**
(Dismissing Defendants C. R. Bard, Inc. and Covidien Entities with Prejudice
And Transferring Cases to MDL 2327)

Pending in MDL 2187, 2:10-md-2187 [ECF No. 6479], is a Joint Motion to Dismiss Certain Defendants with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and to the extent they are named, C. R. Bard, Inc., ("Bard"), and Sofradim Production SAS,[1] Tissue Science Laboratories Limited,[2] and Covidien LP[3] (collectively the "Covidien entities"). The parties are seeking dismissal of Bard and

---

[1] Sofradim Production SAS includes any incorrect or incomplete spellings of this Defendant, including Sofradim Corporation, Sofradim Corp., Sofradim Production, and Sofradim Production, SAS.

[2] Tissue Science Laboratories Limited includes any incorrect or incomplete spelling of this Defendant, including Tissue Sciences Laboratories, Tissue Science Laboratories Ltd., Tissue Science Laboratories, Inc., Tissue Science Laboratories, Limited and Tissue Science Laboratories, Ltd.

[3] Covidien LP includes any incorrect or incomplete spellings of this Defendant, as well as any improperly named affiliates of this defendant, including Covidien Holding, Inc., Covidien Inc., Covidien Incorporated, Covidien International Finance, SA, Covidien LLC, Covidien Ltd., Covidien Trevoux, SCS, Covidien plc, Covidien, Inc., Covidien, LLC, and Covidien, PLC, Tyco Healthcare Group LP, TYCO Healthcare, Tyco Healthcare Group, L.P., Tyco International Ltd, United States Surgical Corporation, United States Surgical Corp., Floreane Medical Implants SA, Floreane Medical Implants, SA, Mareane, SA, Mareane SA, Medtronic PLC, Medtronic International Technology, Inc., Medtronic MiniMed, Inc., Medtronic Puerto Rico Operations Co., Medtronic Sofamor Danek USA, Inc., Medtronic Sofamor Danek, Inc., USA, Inc., Medtronic USA, Inc., Medtronic, Inc. and Medtronic,Inc.

the Covidien entities from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Also pending is Plaintiffs' Motion to Transfer MDLs for these cases [ECF No. 6479].  After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Certain Defendants with Prejudice is **GRANTED**. It is further **ORDERED** that the Motion to Transfer MDLs is **GRANTED**. Plaintiffs' Counsel is **DIRECTED** to file the appropriate Amended Short Form Complaints, if applicable, within the time frame outlined in the Motion. Defendants Bard and Covidien are **DISMISSED WITH PREJUDICE** as defendants in the actions listed in Exhibit A, these actions are **TRANSFERRED** to MDL 2327, and the Clerk is **DIRECTED** to disassociate these civil actions as member cases in MDL 2187 and re-associate them with MDL 2327.

The court **DIRECTS** the Clerk to:

1. Remove the MDL Bard Inactive flag only; and,

2.  file a copy of this order in 2:10-md-2187 and in the individual cases listed on the attached Exhibit A.

ENTER: October 19, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A -  THE POTTS LAW FIRM

| CIVIL ACTION NUMBER<br>(listed numerically in ascending order) | Case Name |
|---|---|
| 2:12-cv-01266 | Kline, Patricia and Eugene |
| 2:12-cv-04803 | Harrison, Christine and David |
| 2:13-cv-21898 | Montgomery, Wanda |
| 2:13-cv-22311 | Haynie, Arlena |

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE:  C. R. BARD, INC.,
        PELVIC REPAIR SYSTEMS
        PRODUCTS LIABILITY LITIGATION                      MDL NO. 2187

---

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

**ORDER**

(Dismissing Defendant C. R. Bard, Inc. and Covidien Entities with Prejudice
and Transferring Cases to MDL 2326)

Pending in MDL 2187, 2:10-md-2187 [ECF No. 6488], is a Joint Motion to Dismiss

Defendants with Prejudice filed by the plaintiffs identified in Exhibit A (attached hereto) and C.

R. Bard, Inc., ("Bard"), and Sofradim Production SAS,[1] Tissue Science Laboratories Limited,[2] and

Covidien LP[3] (collectively the "Covidien entities"), to the extent they are named as defendants.

Also pending is plaintiffs' Motion to Transfer MDLs. [ECF No. 6488]. The Motions seek an order

(1) granting dismissal of Bard and the Covidien entities as defendants in these actions with

---

[1] Sofradim Production SAS includes any incorrect or incomplete spellings of this Defendant, including Sofradim Corporation, Sofradim Corp., Sofradim Production, and Sofradim Production, SAS.

[2] Tissue Science Laboratories Limited includes any incorrect or incomplete spelling of this Defendant, including Tissue Sciences Laboratories, Tissue Science Laboratories Ltd., Tissue Science Laboratories, Inc., Tissue Science Laboratories, Limited and Tissue Science Laboratories, Ltd.

[3] Covidien LP includes any incorrect or incomplete spellings of this Defendant, as well as any improperly named affiliates of this defendant, including Covidien Holding, Inc., Covidien Inc., Covidien Incorporated, Covidien International Finance, SA, Covidien LLC, Covidien Ltd., Covidien Trevoux, SCS, Covidien plc, Covidien, Inc., Covidien, LLC, and Covidien, PLC, Tyco Healthcare Group LP, TYCO Healthcare, Tyco Healthcare Group, L.P., Tyco International Ltd, United States Surgical Corporation, United States Surgical Corp., Floreane Medical Implants SA, Floreane Medical Implants, SA, Mareane, SA, Mareane SA, Medtronic PLC, Medtronic International Technology, Inc., Medtronic MiniMed, Inc., Medtronic Puerto Rico Operations Co., Medtronic Sofamor Danek USA, Inc., Medtronic Sofamor Danek, Inc., USA, Inc., Medtronic USA, Inc., Medtronic, Inc. and Medtronic, Inc.

prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third-party claims; and (2) transferring the cases to the appropriate remaining MDL.

After careful consideration, it is **ORDERED** that

(1) the Joint Motion to Dismiss Bard with Prejudice and the plaintiffs' Motion to Transfer MDLs are **GRANTED;**

(2) Defendants Bard and the Covidien entities, to the extent they are named, are **DISMISSED WITH PREJUDICE** as defendants in the actions listed in Exhibit A;

(3) these actions are **TRANSFERRED** to MDL 2326;

(4) pursuant to Bard MDL Pretrial Order # 275, as amended by Pretrial Order # 283, (Amended Docket Control Order – C. R. Bard, Inc. Wave 7 Cases), which states the following,

> Transfer of any Wave 7 case to any other MDL, whether by ruling upon a motion from plaintiff or defendants or *sua sponte* by the court, does not relieve the plaintiff or any remaining defendant(s) from the deadlines of a Docket Control Order. Any cases transferred into American Medical Systems, Inc. ("AMS"), Boston Scientific Corporation ("BSC") or Ethicon, Inc. ("Ethicon") MDLs will immediately be subject to the Docket Control Order entered in that MDL on January 30, 2018, and any Amended Docket Control Orders.

any case listed in A that resided in Bard Wave 7 is now subject to PTO Nos. 175 and 187 entered in MDL 2326; and

(5) to the extent an Amended Short Form complaint has not been filed, the court **DIRECTS** plaintiffs' counsel to file the appropriate Amended Short Form Complaint, if applicable, within the time stated in the Motion.

The court **DIRECTS** the Clerk as follows:

(1) disassociate each civil action listed in Exhibit A as a member case in MDL 2187 and re-associate it with MDL 2326;

(2) for any case listed in Exhibit A that had a Bard Wave 7 flag prior to the entry of this Order,

   file MDL 2326, PTO Nos. 175 and 187 in the individual case;

(3) for any case listed in Exhibit A that had a Bard Wave 7 flag prior to the entry of this Order,

   change the 2187 Wave 7 flag to a MDL 2326 Wave 4 flag; and

(4) file a copy of this order in 2:10-md-2187 and in the individual cases listed in Exhibit A.

                    ENTER:  October 19, 2018

                    JOSEPH R. GOODWIN
                    UNITED STATES DISTRICT JUDGE

3

## EXHIBIT A – MOSTYN LAW

| CIVIL ACTION NUMBER (listed numerically in ascending order) | Case Name |
|---|---|
| 2:13-cv-18701 | Reid, Delores Ann and Richard |
| 2:13-cv-19703 | Kelough, Betty |
| 2:14-cv-18138 | Amick, Lois and William |
| 2:14-cv-30320 | Woodruff, Denise and Bruce |
| 2:14-cv-30533 | Erikson, Hazel |
| 2:15-cv-08593 | Rich, Joyce |
| 2:15-cv-08911 | Hedenberg, Elizabeth and Raymond |
| 2:15-cv-14535 | Voellinger, Janice and Dennis |
| 2:15-cv-14999 | Settembre, Diane and Anthony Frank |
| 2:15-cv-15959 | Goldsberry, Julia and Montgomery |
| 2:16-cv-01277 | Johnmeyer, Donna and Bill |
| 2:16-cv-02618 | Gillette, Terri |
| 2:16-cv-02825 | Devitt-Kay, Margaret and David Kay |
| 2:16-cv-05231 | Baggett, Katheryn |
| 2:16-cv-09944 | Zoch, Judy |
| 2:16-cv-09986 | Holstein, Debra |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: C. R. BARD, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2187

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Defendants C. R. Bard, Inc. and Covidien Entities with Prejudice
And Transferring Cases to MDL 2327)

Pending in MDL 2187, 2:10-md-2187 [ECF No. 6489], is a Joint Motion to
Dismiss Certain Defendants with Prejudice filed by plaintiffs, identified on the
attached Exhibit A, and to the extent they are named, C. R. Bard, Inc., ("Bard"), and
Sofradim Production SAS,[1] Tissue Science Laboratories Limited,[2] and Covidien LP[3]
(collectively the "Covidien entities"). The parties are seeking dismissal of Bard and

---

[1] Sofradim Production SAS includes any incorrect or incomplete spellings of this Defendant,
including Sofradim Corporation, Sofradim Corp., Sofradim Production, and Sofradim Production,
SAS.

[2] Tissue Science Laboratories Limited includes any incorrect or incomplete spelling of this
Defendant, including Tissue Sciences Laboratories, Tissue Science Laboratories Ltd., Tissue Science
Laboratories, Inc., Tissue Science Laboratories, Limited and Tissue Science Laboratories, Ltd.

[3] Covidien LP includes any incorrect or incomplete spellings of this Defendant, as well as any
improperly named affiliates of this defendant, including Covidien Holding, Inc., Covidien Inc.,
Covidien Incorporated, Covidien International Finance, SA, Covidien LLC, Covidien Ltd., Covidien
Trevoux, SCS, Covidien plc, Covidien, Inc., Covidien, LLC, and Covidien, PLC, Tyco Healthcare
Group LP, TYCO Healthcare, Tyco Healthcare Group, L.P., Tyco International Ltd, United States
Surgical Corporation, United States Surgical Corp., Floreane Medical Implants SA, Floreane
Medical Implants, SA, Mareane, SA, Mareane SA, Medtronic PLC, Medtronic International
Technology, Inc., Medtronic MiniMed, Inc., Medtronic Puerto Rico Operations Co., Medtronic
Sofamor Danek USA, Inc., Medtronic Sofamor Danek, Inc., USA, Inc., Medtronic USA, Inc.,
Medtronic, Inc. and Medtronic,Inc.

the Covidien entities from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Also pending is Plaintiffs' Motion to Transfer MDLs for these cases [ECF No. 6489].  After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Certain Defendants with Prejudice is **GRANTED**. It is further **ORDERED** that the Motion to Transfer MDLs is **GRANTED**. Plaintiffs' Counsel is **DIRECTED** to file the appropriate Amended Short Form Complaints, if applicable, within the time frame outlined in the Motion. Defendants Bard and Covidien are **DISMISSED WITH PREJUDICE** as defendants in the actions listed in Exhibit A, these actions are **TRANSFERRED** to MDL 2327, and the Clerk is **DIRECTED** to disassociate these civil actions as member cases in MDL 2187 and re-associate them with MDL 2327.

The court **DIRECTS** the Clerk to:

1. Remove only the MDL Bard Inactive flag; and,

2. file a copy of this order in 2:10-md-2187 and in the individual cases listed on the attached Exhibit A.

ENTER: October 19, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A –MOSTYN LAW

| CIVIL ACTION NUMBER<br>(listed numerically in ascending order) | Case Name |
| --- | --- |
| 2:14-cv-23020 | Buccelli, Katherine and Louis |
| 2:15-cv-15244 | Collings, Janice and Gerald |
| 2:15-cv-16113 | Weeks, Brenda and Reggie |
| 2:16-cv-00954 | Dorety, Patricia and William Preston |
| 2:16-cv-10675 | Knox, Barbara |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: C. R. BARD, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2187

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

## ORDER
### (Dismissing Defendants C. R. Bard, Inc. and Covidien Entities with Prejudice
### And Transferring Cases to MDL 2327)

Pending in MDL 2187, 2:10-md-2187 [ECF No. 6491], is a Joint Motion to
Dismiss Certain Defendants with Prejudice filed by plaintiffs, identified on the
attached Exhibit A, and to the extent they are named, C. R. Bard, Inc., ("Bard"), and
Sofradim Production SAS,[1] Tissue Science Laboratories Limited,[2] and Covidien LP[3]
(collectively the "Covidien entities").  The parties are seeking dismissal of Bard and

---

[1] Sofradim Production SAS includes any incorrect or incomplete spellings of this Defendant,
including Sofradim Corporation, Sofradim Corp., Sofradim Production, and Sofradim Production,
SAS.

[2] Tissue Science Laboratories Limited includes any incorrect or incomplete spelling of this
Defendant, including Tissue Sciences Laboratories, Tissue Science Laboratories Ltd., Tissue Science
Laboratories, Inc., Tissue Science Laboratories, Limited and Tissue Science Laboratories, Ltd.

[3] Covidien LP includes any incorrect or incomplete spellings of this Defendant, as well as any
improperly named affiliates of this defendant, including Covidien Holding, Inc., Covidien Inc.,
Covidien Incorporated, Covidien International Finance, SA, Covidien LLC, Covidien Ltd., Covidien
Trevoux, SCS, Covidien plc, Covidien, Inc., Covidien, LLC, and Covidien, PLC, Tyco Healthcare
Group LP, TYCO Healthcare, Tyco Healthcare Group, L.P., Tyco International Ltd, United States
Surgical Corporation, United States Surgical Corp., Floreane Medical Implants SA, Floreane
Medical Implants, SA, Mareane, SA, Mareane SA, Medtronic PLC, Medtronic International
Technology, Inc., Medtronic MiniMed, Inc., Medtronic Puerto Rico Operations Co., Medtronic
Sofamor Danek USA, Inc., Medtronic Sofamor Danek, Inc., USA, Inc., Medtronic USA, Inc.,
Medtronic, Inc. and Medtronic,Inc.

the Covidien entities from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Also pending is Plaintiffs' Motion to Transfer MDLs for these cases [ECF No. 6491]. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Certain Defendants with Prejudice is **GRANTED**. It is further **ORDERED** that the Motion to Transfer MDLs is **GRANTED**. Plaintiffs' Counsel is **DIRECTED** to file the appropriate Amended Short Form Complaints, if applicable, within the time frame outlined in the Motion. Defendants Bard and Covidien are **DISMISSED WITH PREJUDICE** as defendants in the actions listed in Exhibit A, these actions are **TRANSFERRED** to MDL 2327, and the Clerk is **DIRECTED** to disassociate these civil actions as member cases in MDL 2187 and re-associate them with MDL 2327.

The court **DIRECTS** the Clerk to:

1. remove only the MDL Bard Inactive flag; and,

2. file a copy of this order in 2:10-md-2187 and in the individual cases listed on the attached Exhibit A.

ENTER: October 19, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A –MOSTYN LAW

| CIVIL ACTION NUMBER<br>(listed numerically in ascending order) | Case Name |
|---|---|
| 2:16-cv-02144 | Williams, Cynthia and John |
| 2:16-cv-08159 | Shutt, Karie and Randy |
| 2:16-cv-10965 | Tobias, Kimberly |